IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watson, Kevin S | Case Number:  06 B 03495 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  4/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 11, 2008
Confirmed: July 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 62,064.00 | |
| Secured: | | 56,598.17 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,189.00 |
| Trustee Fee: | | 3,276.83 |
| Other Funds: | | 0.00 |
| Totals: | 62,064.00 | 62,064.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,189.00 | 2,189.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 59,327.82 | 44,324.32 |
| 4. | Capital One Auto Finance | Secured | 25,991.10 | 7,282.55 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 15,603.42 | 4,321.30 |
| 6. | Rescap Mortgage | Secured | 14,875.17 | 670.00 |
| 7. | Capital One Auto Finance | Unsecured | 0.02 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 704.65 | 0.00 |
| 9. | Nicor Gas | Unsecured | 160.79 | 0.00 |
| 10. | Wells Fargo Financial Illinois Inc | Unsecured | 111.47 | 0.00 |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | $ 118,963.44 | $ 58,787.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 44.42 |
| 5% | 638.99 |
| 4.8% | 763.03 |
| 5.4% | 1,410.49 |
| 6.5% | 419.90 |
| | $ 3,276.83 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Watson, Kevin S

Printed: 01/22/09

Case Number:  06 B 03495
Judge:  Wedoff, Eugene R
Filed:  4/3/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                Marilyn O. Marshall, Trustee, by:

